UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| DONALD BROOKS | * | CIVIL ACTION NO. 17-8751 |
| --- | --- | --- |
| | * | |
| VERSUS | * | SECTION: "E"(1) |
| | * | |
| NANCY A. BERRYHILL, ACTING | * | JUDGE SUSIE MORGAN |
| COMMISSIONER OF THE SOCIAL | * | |
| SECURITY ADMINISTRATION | * | MAGISTRATE JUDGE |
| | * | JANIS VAN MEERVELD |
| ************************************ | * | |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date the parties have filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the Motion for Summary Judgment filed by Plaintiff Donald Brooks is **DENIED**.[1]

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment filed by Defendant Nancy A. Berryhill, the Acting Commissioner of the Social Security Administration, is **GRANTED**.[2]

**New Orleans, Louisiana, this 24th day of January, 2019.**

                                              _____
                                                   **SUSIE MORGAN**
                                       **UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 19.
[2] R. Doc. 20.